UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| JASON BOONE<br>*Plaintiff*<br><br>v.<br><br>DEPARTMENT OF CORRECTION,<br>ET AL.,<br>*Defendants* | :CIVIL ACTION NO. 3:01CV1446 (SRU)(WIG)<br>: PRISONER<br>:<br>:<br>:<br>:<br>:<br>:December 11, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant William Faneuff submits his answer and affirmative defenses to the plaintiff's pro se complaint dated July 8, 2002.

### A. Parties

The allegations in section A are admitted.

### B. Jurisdiction

The allegations in section B are denied.

### C. Nature of the Case

With respect to the plaintiff's narrative description of the nature of his case, the defendant admits that he was the Unit Manager for plaintiff's housing unit for a period of time at Northern Correctional Institution. The allegations that the defendant "wasn't doing his job by mixing unsentenced together with sentence [sic]" inmates, that the defendant put the plaintiff's "health, life and safety in danger and at risk to the extreme," and that the defendant had "the responsibility of making sure everybody's safety" was "secure", are denied. As to the remaining allegations, the defendant lacks sufficient knowledge to admit or deny these allegations, as he was not personally involved in the incidents allegedly giving rise to this action, and therefore leaves the plaintiff to his proof.

D. **Cause of Action**

The allegations in section D are denied.

**FIRST AFFIRMATIVE DEFENSE**

The plaintiff's complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The plaintiff has failed to exhaust his administrative remedies.

**THIRD AFFIRMATIVE DEFENSE**

The plaintiff's claims are barred by the Eleventh Amendment and the doctrine of Sovereign Immunity.

**FOURTH AFFIRMATIVE DEFENSE**

The defendant, sued in his individual capacity, is entitled to qualified immunity since, at all relevant times, his actions comported with those of a reasonable correctional official and he did not knowingly violate any of the plaintiff's clearly established constitutional rights. Alternatively, the constitutional rights alleged by the plaintiff to have been violated or infringed upon were not clearly established at the time of the events giving rise to this action.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. 10835
110 Sherman Street
Hartford, CT  06141-0120
Tel: (860) 808-5090
Fax: (860) 808-5384

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 11th day of December, 2003, first class postage prepaid to:

**Jason Boone, No. 163292**
**MacDougall-Walker CI**
**1153 East Street South**
**Suffield, CT 06080**

Terrence M. O'Neill
Assistant Attorney General