UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2004 MAR -2 A 9:33
US DISTRICT COURT
BRIDGEPORT CT

Jason T. Boone

v.                           CIV. NO.3:01cv1446(SRU)

William Faneuff, et al

### NOTICE TO PARTIES

This file is now being maintained in Bridgeport.

You should file all future filings with the Office of the Clerk, United States District Court for the District of Connecticut at Bridgeport.

You should no longer include the prisoner designation over the case number on any document filed in this action.

If you have inquiries regarding the status of your case, you should contact the Bridgeport Clerk's Office at 915 Lafayette, Bridgeport, CT 06604.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK