HONORABLE **Stefan Underhill**
DEPUTY CLERK _____ RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ___ hours **30** minutes

DATE **5·7·04**   START TIME **11:15**   END TIME **11:45**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv1446**

**Boone**
vs.
**Corrections**

§
§
§ ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

**By Video Conference**
**Boone**
Plaintiffs Counsel

**Terry O'Neill**
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- ☑ ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
- ☐    ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ # Motion _____  ☐ granted ☐ denied ☐ advisement
- ☐    _____  ☐ filed ☐ docketed
- ☐    _____  ☐ filed ☐ docketed
- ☐    _____  ☐ filed ☐ docketed
- ☑    **Will try to find Pro Bono Counsel**  ~~☐ filed ☐ docketed~~
- ☐    ___ # jurors present
- ☐    Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☐    Voir Dire by Court
- ☐    Peremptory challenges exercised (See attached)
- ☐    Jury of ___ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
- ☐    Remaining jurors excused
- ☐    Discovery deadline set for _____
- ☐    Disposition Motions due _____
- ☐    Joint trial memorandum due _____
- ☐    Trial continued until _____ at _____

☐ COPY TO: JURY CLERK