UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JASON T. BOONE

    v.                        CIVIL NO: 3:01CV1446 (SRU)

DEP'T OF CORRECTION, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

    Pursuant to Local Rule 29 and at the Court's request, Raymond J. Rigat, Esquire of Gilbride & Rigat, 23 E. Main Street, Clinton, Connecticut 06413, Tel: (860) 669-3273 is appointed as counsel for the plaintiff, Jason T. Boone, in the above-captioned case. Counsel is directed to file a pro bono appearance in this case as soon as possible.

    Dated at Bridgeport, Connecticut this 4th day of January, 2005.

                                         KEVIN F. ROWE, Clerk
                                         By

                                         /s/   Cynthia Earle

                                         Cynthia Earle,
                                         Staff Attorney