# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PRO BONO APPEARANCE

Jason T. Boone

V

CASE NUMBER: 3:01CV1446(SRU)

Dept. of Correction, et al

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for: Jason T. Boone

*[FILED 2005 JAN 12 P 12:01 U.S. DISTRICT COURT BRIDGEPORT CONN.]*

| | |
|---|---|
| 1-11-2005 | *[signature]* |
| Date | Signature |
| ct13320 | Raymond J. Rigat |
| Connecticut Federal Bar Number | Print or Type Name |
| 860-669-3273 | Gilbride & Rigat |
| Telephone Number | Firm Name |
| | 23 East Main St. |
| | Address |
| | Clinton    CT    06413 |
| | City        State    Zip Code |

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Terrance M. O'Neill
Dept. of Corrections
Attorney General's Office
110 Sherman St
Hartford, CT  06105

*[signature]*
Signature    Raymond J. Rigat

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)