# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT


JASON T. BOONE                              :
                                            :
         v.                                 :              3:01cv1446 (SRU)
                                            :
DEPT. OF CORRECTIONS, ET AL.                     :


## SCHEDULING ORDER

    As discussed during the telephone conference held on March 10, 2005, this case shall proceed as follows:

    1.  Plaintiff shall file an Amended Complaint by **April 10, 2005**.

    It  is so ordered.

    Dated at Bridgeport this 11ᵗʰ day of March 2005.


                                    /s/ Stefan R. Underhill
                                   Stefan R. Underhill
                                   United States District Judge