# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON T. BOONE | : |
| | : |
| v. | :  Civil Action No. |
| | :  3:01cv1446 (SRU) |
| DEPT. OF CORRECTIONS, ET AL | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___     All purposes except trial, unless the parties consent to trial before the Magistrate Judge

___     A ruling on all pretrial motions except dispositive motions

___     To supervise discovery and resolve discovery disputes

___     A ruling on the following motions which are currently pending:

_X_     A settlement conference

___     A conference to discuss the following: _____

___     Other: _____

SO ORDERED this 11th day of March 2005, at Bridgeport, Connecticut.

                                                       /s/ Stefan R. Underhill
                                                       Stefan R. Underhill
                                                       United States District Judge