UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON BOONE, | : | |
|     Plaintiff, | : | |
| | : | |
| V. | : | CASE NO. |
| | : | 3:01-CV-01446-SRU |
| CAPTAIN WILLIAM FANEUFF, | : | |
| *in his individualand official capacity*, | : | |
| | : | |
|     Defendant, | : | April 12, 2005 |

## SECOND AMENDED COMPLAINT

The Plaintiff, complaining against the Defendant, alleges as follows:

## INTRODUCTION

1. The Plaintiff at all times relevant to the amended complaint was a prisoner incarcerated at the Northern Correctional Institution located at Somers, Connecticut, his inmate identification number was 163292.

2. The Defendant Captain William Faneuff, was at all times relevant to the amended complaint, a corrections officer working at the Northern Correctional Institution, and was responsible for inmate housing placement and inmate safety.

3. Sometime during the Plaintiff's incarceration at the Northern Correctional Institution, while the Plaintiff was an unsentenced inmate, a newly sentenced (and out-of -state) inmate was placed, by the Defendant, in the same cell as the Plaintiff.

4. The Northern Correctional Institution is a "maximum security" prison used to house and punish prisoners who have engaged in dangerous and sometimes lethal behaviors while incarcerated in less secure prison facilities. It is used to concentrate dangerous

inmates away from others, and to punish recalcitrant inmates, ordinarily through solitary confinement.

5. The placement of the sentenced inmate with the Plaintiff, who was at the time unsentenced, created an additional, unacceptable, unlawful and unnecessary safety risk to the Plaintiff.

6. On February 14, 2000 the Plaintiff was physically attacked while facing the cell door. He suffered injuries to his hip, face, eye, lip, and jaw.

7. The Defendant, Captain William Faneuff, intentionally, and with deliberate indifference: failed to protect the Plaintiff by allowing the Plaintiff to be housed with a dangerous inmate, and failed to adequately safeguard the Plaintiff by preventing the attack upon the Plaintiff's person.

## FIRST CAUSE OF ACTION

11. The Plaintiff reiterates every allegation above made, as if here set forth at length and in full.

12. This First Cause of Action is directed against the defendant in both his official and individual capacities.

26. This is an action for compensatory and punitive damages, and arises under the Due Process and Equal Protection clauses of the United States Constitution. This action, and the relief sought, is authorized by Title 42, United States Code, Sections 1983, and 1988.

27. The Defendant knowingly, wrongfully, and with deliberate indifference to the Plaintiff's rights, ordered the Plaintiff to be housed in an unacceptably dangerous situation by placing him with a sentenced inmate in the same cell, thus increasing

the likelihood of dangerous physical attack upon the person of the Plaintiff; and without properly safeguarding the Plaintiff from violent attack.

## REQUEST FOR RELIEF

WHEREFORE, the Plaintiff prays this Court to accept and retain jurisdiction of this matter until its completion; award judgment to the Plaintiff against the Defendant for compensatory damages; award to the Plaintiff the costs, expenses and disbursement of this action; award attorney's fees to the Plaintiff; an order from the Court directing the defendant not to: mix prisoners together in the same cell while prisoners at the Northern Correctional Institution, nor mix unsentenced inmates with either sentenced inmates, or out-of-state inmates, in the same cell while prisoners at the Northern Correctional Institution; AND grant such additional and further relief as may be just and proper.

Dated this 12th day of April, 2005, at Clinton, Connecticut.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF


By:_____
Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
Federal Bar No.: ct13320

## JURY DEMAND

The Plaintiff, by his counsel, respectfully demands a trial by a jury of six (6) persons on all issues in this action.

_____
Raymond J. Rigat, Esq.
Attorney for the Plaintiff

**CERTIFICATION**

      I hereby certify that a copy of the forgoing "Amended Complaint" was sent, regular U.S. mail, on this 12th day of April, 2005, to the following:

Terrance M. O'Neill
Office of the Attorney General
110 Sherman Street
Hartford, Connecticut 06105

                                                  _____
                                                  Raymond J. Rigat, Esq.