UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2005 APR 15 P 12: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JASON BOONE,

    Plaintiff,

V.                                              CASE NO.
                                                3:01-CV-01446-SRU
CAPTAIN WILLIAM FANEUFF

    Defendant.                              APRIL 13, 2005

## MOTION FOR APPROVAL OF LITIGATION EXPENSES
## PURSUANT TO LOCAL RULE 83.10(g)5.

The Plaintiff, pursuant to Local Rule 83.10(g)5., respectfully requests the Court to allow litigation expenses for purposes of conducting depositions of the following individual:

1. Captain William Faneuff

The above named individual is the named defendant in this case, and it is essential to take his depositions at this time in order to respond to any dispositve motions which the defendant may file in this matter, and to be properly prepared for trial on the merits of the plaintiffs claims.

The undersigned believes that it should not take longer than half of one day to depose the Defendant, and is willing to have such depositions taken at the courthouse in either Bridgeport or Hartford to save money and as a convenience to the Defendant and his counsel.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF

By: _____
Raymond J. Rigat, Esq.
Gilbride & Rigat
23 East Main Street
Clinton, Connecticut 06413
Tel.: (860) 669-3273
Fax: (860) 669-3495
e-mail: raymondjrigat@sbcglobal.net
Federal Bar No.: ct13320

### CERTIFICATION

I hereby certify that a copy of the forgoing "Motion for Approval of Litigation Expenses" was sent, regular U.S. mail, on this 13th day of March, 2005, to the following:

Terrance M. O'Neill, Esq.
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Raymond J. Rigat, Esq.