UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Warden James Dzurenda
Garner Correctional Institution
50 Nunnawauk Rd.,POB 5500, Newtown 06470

    YOU ARE HEREBY COMMANDED to have the body of <u>Jason Boone, inmate no. 163292</u>, now detained under your custody, produced before Honorable William I. Garfinkel, United States Magistrate Judge for the District of Connecticut, at 915 Lafayette Boulevard, Bridgeport, on Monday, June 20, 2005, at 2:00 p.m., for a conference in the matter pending in this court and known as Jason Boone v Captain William Faneuff, docket no. 3:01cv1446(SRU)(WIG). The said Jason Boone, inmate no. 163292 will be returned under safe and secure conduct.

    WITNESS the Honorable William I. Garfinkel, United States Magistrate Judge at Bridgeport, Connecticut, this 26th of May 2005.

                                        KEVIN F. ROWE, Clerk

                                        By   _____
                                                Carol Sanders
                                                Deputy Clerk

DC 10 - Habeas Corpus